

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2022

No. 04-22-00224-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Aaron **TREVINO**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-24578
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

In this accelerated appeal, appellant's brief originally was due to be filed on May 23, 2022. On May 23, 2022, appellant filed an unopposed motion for a thirty-day extension of time to file the brief. Appellant's motion is GRANTED, and appellant is ORDERED to file its brief **no later than June 22, 2022**. <u>**Appellant is advised that further requests for an extension of time to file the brief will be disfavored.**</u>

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court